# WILLIAMS LAW GROUP, LLC

**JOSEPH N. WILLIAMS**
*Attorney at Law*

August 26, 2024

Mary Dillard
220 Baughman Hill Rd., #10
Azle, TX 76020

Dear Ms. Dillard:

███████████████████████████████████ Please contact me as soon as possible at 317.633.5270. ████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████████████

If I don't hear from you by September 9, 2024, I will be moving to withdraw from your representation.

It has been a pleasure representing you and I wish you the best of luck in the future. If you have any questions whatsoever, please don't hesitate to give me a call.

Very Truly Yours,

WILLIAMS LAW GROUP, LLC

Joseph N. Williams

JNW/naw
cc: ████████████████████████

**EXHIBIT A**

1101 N. Delaware Street, Suite 200, Indianapolis, IN 46202 • T: 317.633.5270 • F: 317.426.3348 • joe@williamsgroup.law